1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

Randy Barao,

             Plaintiff,

    v.

State of Nevada; et al.,

             Defendants.

Case No. 2:22-cv-02128-CDS-DJA

**Order**

Before the Court is *pro se* Plaintiff Randy Barao's initiating documents.  (ECF No. 1).  However, Plaintiff has yet to pay the filing fee or apply to proceed *in forma pauperis*.  Although Plaintiff initiated this action by filing documents, he must apply to proceed *in forma pauperis* to proceed with this civil action without prepaying the full $402 filing fee.  The Court will grant Plaintiff one opportunity to file an application within 30 days.  Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $402 on or before **February 6, 2023** to proceed with this case.

      **IT IS THEREFORE ORDERED** that the Clerk of the Court is kindly directed to send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

      **IT IS FURTHER ORDERED** that on or before **February 6, 2023,** Plaintiff will either pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee) or file with the Court a completed **Application to Proceed *in Forma Pauperis*** on this Court's approved form.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS FURTHER ORDERED** that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee for a civil action on or before **February 6, 2023**, the Court will recommend dismissal of this action.

DATED: January 5, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE