# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Randy Barao,

         Plaintiff

v.

State of Nevada, et al.,

         Defendants

Case No.: 2:22-cv-02128-CDS-DJA

**Order Adopting Magistrate Judge's Report and Recommendation and Closing Case**

[ECF No. 4]

      This is a 42 U.S.C. § 1983 civil rights action brought by pro se plaintiff Randy Barao. *See generally* ECF No. 1. On April 3, 2023, United States Magistrate Judge Daniel J. Albregts issued a report and recommendation (R&R) (ECF No. 4) recommending I dismiss this action after Barao failed to file an in forma pauperis application or the filing fee by February 6, 2023. *See* Order, ECF No. 3. Under the local rules, Barao had 14 days (until April 17, 2023) to file any objections to the R&R. LR IB 3-1(a). As of the date of this order, Barao has failed to file an objection to the R&R.

      "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[1] Accordingly, with no objection filed, I adopt Magistrate Judge Albregts' R&R (ECF No. 4) in its entirety.

      IT IS THEREFORE ORDERED that the Magistrate Judge Albregts' Report and Recommendation **[ECF No. 4] is ADOPTED** in its entirety. This case is dismissed without prejudice. The Clerk of Court is directed to close this case.

      DATED: April 21, 2023

_____
Cristina D. Silva
United States District Judge

---

[1] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).